Nielsen against the Norwegian American Seamen's Association. No opinion. Motion granted.

NIMS v. MERRITT et al. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Alvin F. Nims against Edward A. Merritt and others. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 60 N. Y. Supp. 549.

O'BRIEN et al. v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, Third Department. September, 1899.) Action by John O'Brien and another against the mayor, aldermen, and commonalty of the city of New York. No opinion. Motion granted, and question certified as stated in memorandum per curiam.

O'CONNELL et al., Respondents, v. O'BRIEN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by William O'Connell and another against John E. O'Brien and another, impleaded, etc. D. Daly, for appellants. M. D. Steuer, for respondents. No opinion. Judgment affirmed, with costs.

In re ORR et al. (Supreme Court, Appellate Division, First Department. January 19, 1900.) In the matter of Alexander E. Orr and others. No opinion. Application granted.

OTT, Appellant, v. FYANS et al., Respondents. (Supreme Court, Appellate Division. Second Department. January 23, 1900.) Action by Henry Ott against Annie E. Fyans and others. No opinion. Appeal dismissed by default, with $10 costs.

PADDACK, Appellant, v. STATE. Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by Simon D. Paddack against the state of New York. No opinion. Judgment affirmed, with costs.

PALMER, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) Action by A. Emerson Palmer against the board of education of the city of New York and others. No opinion. Reargument ordered for the third Monday of the present term (January 22, 1900), on the question whether injunction is the proper remedy. See White v. Berry, 171 U. S. 366, 18 Sup. Ct. 917, 43 L. Ed. 199.

PATTERSON, Respondent, v. BURGESS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 13, 1900.) Action by Ida Patterson against John Burgess and another, as administrators, etc.

PER CURIAM. Judgment modified, by deducting from the damages the sum of $6, and by striking out all the disbursements except the stenographers' fees, to wit, the sum of $34.60, and, as thus modified, affirmed, without costs of this appeal to either party.

PAUL, Appellant. v. PAUL, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 22. 1899.) Action by Kitryne G. Paul against Edward M. Paul. No opinion. Order filed with the clerk appointing a referee to take evidence as to the matters relating to the appeal.

PEOPLE, Respondent, v. ALLEN, Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Proceedings by the people, etc., against Sadie Allen. L. Lowenstein, for appellant. C. E. Le Barbier, for the People. No opinion. Judgment affirmed.

PEOPLE v. AMERICAN CASUALTY INS. & SEC. CO. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Proceedings by the people of the state of New York against the American Casualty & Security Company. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except HERRICK, J., who dissents.

PEOPLE, Respondent, v. BENEDICT, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 16, 1900.) Proceedings by the people of the state of New York against Charles Benedict.

PER CURIAM. Judgment of conviction affirmed, and the proceedings remitted to the county court, pursuant to section 547 of the Code of Criminal Procedure. Held that the evidence clearly establishes the guilt of the defendant, and that no errors appear to have been committed upon the trial, to the substantial prejudice of the defendant, calling for a reversal of the judgment of conviction.

PEOPLE, Respondent, v. BOYLAN, Appellant. (Supreme Court, Appellate Division, First Department. January 12. 1900.) Proceedings by the people, etc., against James A. Boylan. L. O. Van Boren, for appellant. C. E. Le Barbier, for the People. No opinion. Judgment affirmed.

PEOPLE, Appellant, v. BUFFALO FISH CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Proceedings by the people against the Buffalo Fish Company. No opinion. Interlocutory judgment affirmed, with costs, on the opinion of LAMBERT, J., delivered at special term. 62 N. Y. Supp. 543.

PEOPLE v. BUFFALO FISH CO., Limited. (Supreme Court, Appellate Division, Fourth Department. February 16, 1900.) Proceedings by the people of the state of New York against the Buffalo Fish Company, Limited. No opinion. Motion for reargument denied, without costs. Motion for leave to appeal to the court of appeals granted, and the order, together with the question or questions to be certified to that court, to be settled by Mr. Justice McLENNAN, upon two days' notice. See 62 N. Y. Supp. 543.

PEOPLE, Appellant, v. CONKLIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Pro-